

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/29/2020

| | | |
|---|---|---|
| IN RE: | § § | Chapter 11 |
| IGNITE RESTAURANT GROUP, INC., *et al.*, | § § § § | Case No. 17-33550 (DRJ) |
| Debtors. | § § § | (Jointly Administered) |
| DRIVETRAIN, LLC, As GUC Trustee Of The Ignite Restaurant Group GUC Trust, Plaintiff, vs. IT SPIN, INC., Defendant. | § § § § § § § § § § § § § | Adv. Pro. No. 19-03475 (DRJ) |

## ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANT IT SPIN, INC.
(Related to Docket No. 1)

The Court, after consideration of the Request for Entry of Default Judgment Against Defendant IT Spin, Inc. (the "**Request for Default**"), has determined that the Complaint in this action was duly served on the registered agent of IT Spin, Inc. (the "**Defendant**") and that Defendant has failed to timely answer or otherwise plead in the instant action. Therefore, the Court is of the opinion that the Request for Default is meritorious and should be, in all things, **GRANTED**. It is therefore

**ORDERED** that Drivetrain, LLC, the duly appointed GUC Trustee of the Ignite Restaurant Group GUC Trust is granted judgment against Defendant in the sum of $65,507.00 plus pre-judgment interest on said amount at the rate of 3% per annum accruing from the date of

v1 (70182.00002.000)

service of the Complaint through the date of this Judgment, and post-judgment interest on said amount at .13% from the date hereof until paid in full, plus costs of court as taxed by the Clerk of the Court.

**Signed:  October 29, 2020.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**